**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Sandeep Patel and ERCC Construction Company, LLC v. Warwick Construction, Inc.

Appellate case number:   01-20-00208-CV

Trial court case number:  14-DCV-219641

Trial court:             268th District Court of Fort Bend County

Appellants Sandeep Patel and ERCC Construction Company, LLC have filed an unopposed motion to expedite the issuance of the mandate stating that, as a result of settlement, appellee Warwick Construction, Inc. has agreed to drop further appeals, would not file a petition for review with the Supreme Court of Texas, and would not object to the issuance of this Court's mandate. Appellants request that we issue our mandate immediately.

We **grant** the motion to expedite the issuance of the mandate. *See* TEX. R. APP. P. 18.1(c). The Clerk of this Court is directed to issue the mandate immediately.

It is so ORDERED.

Judge's signature:     Peter Kelly
                        ☑  Acting individually

Date:  November 10, 2022